IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP., | § § § |
| Plaintiff, | § § |
| VS. | §   CIVIL ACTION NO. H-11-0854 § § |
| F. WAYNE CASALENUOVO, *et al.*, | § § |
| Defendants. | § |

## ORDER

The plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 6 ). The motion is granted. The initial pretrial and scheduling conference is reset to **December 16, 2011, at 9:00 a.m.** The joint discovery/case management plan is due by **December 2, 2011**.

SIGNED on August 24, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge